Zachary T. Ball, Esq.
Nevada Bar No. 8364
Nik Skrinjaric, Esq.
Nevada Bar No. 3605
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone:  (702) 667-3000
Email: fnlg.nevada@fnf.com

Attorneys for Defendants *Ticor Title of Nevada and Stanley Silva*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JACQUIE CHANDLER, | Case No. 3:10-cv-00769-LRH-RAM |
|                 Plaintiff, | |
|     vs. | |
| ONEWEST BANK F.S.B.;  INDYMAC BANK F.S.B.;  STEWART TITLE GUARANTY CO.; NDEX WEST L.L.C.;  LSI TITLE AGENCY; TICOR TITLE OF NEVADA;  STANLEY SILVA | |
|                 Defendants. | |

### SUBSTITUTION OF ATTORNEYS

Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for DefendantsTICOR TITLE OF NEVADA and STANLEY SILVA in the above-entitled action, in place and stead of Ronald L. Warren, Esq.

TICOR TITLE OF NEVADA

DATED:  1-25-2011          /s/ Steve Schiller
                                          By:Steve Schiller
                                          Its: Vice President

STANLEY SILVA

DATED:  1-25-2011          /s/ Stanley Silva

1    Ronald L. Warren, Esq. hereby consents to the above and foregoing substitution of

2    Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP in its place and stead as attorney

3    of record for Defendants TICOR TITLE OF NEVADA and STANLEY SILVA in the above-entitled

4    action.

5                                                    FIDELITY NATIONAL LAW GROUP

6            DATED: _1-25-2011_____

7                                                    _____
                                                     Ronald L. Warren, Esq.

8                                                    Nevada Bar No. 2857
                                                     3980 Howard Hughes Parkway, Suite 230

9                                                    Las Vegas, Nevada 89169

10           Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and

11   consents to its substitution as attorneys of record for Defendants TICOR TITLE OF NEVADA

12   and STANLEY SILVA in its place and stead as attorney of record for Ronald L. Warren, Esq. in

13   the above-entitled action.

14                                                   FIDELITY NATIONAL LAW GROUP

15           DATED: _1-25-2011_____

16                                                   /s/ Zachary T. Ball_____
                                                     Zachary T. Ball, Esq., Bar No. 8364

17                                                   Nik Skrinjaric, Esq., Bar No. 3605
                                                     3980 Howard Hughes Parkway, Suite 230

18                                                   Las Vegas, Nevada 89169
                                                     Attorneys for Defendants *TICOR TITLE OF*

19                                                   *NEVADA and STANLEY SILVA*

20

21   /    IT IS SO ORDERED.

22   /

23   /    _____

24   /    UNITED STATES MAGISTRATE JUDGE
         DATED: _____ January 25, 2011    _____

25   /

26   ////

27   ////

28   ////

**Fidelity National
Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000

Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **SUBSTITUTION OF ATTORNEYS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties listed as CM/ECF registrants, or to the following non-registrants by U.S. Mail, on the date below shown.

| | |
|---|---|
| Robert R. Hager, Esq.<br>Treva J. Hearne, Esq.<br>HAGER & HEARNE<br>245 E. Liberty, Suite 110<br>Reno, Nevada 89501<br><br>Attorneys for *Plaintiff*<br><br>Marilyn Fein, Esq.<br>MEIR & FINE, LLC<br>2300 W. Sahara Ave., Suite 430<br>Las Vegas, Nevada 89102<br><br>Attorney for Defendant *OneWest Bank FSB* | Kirk B. Lenhard, Esq.<br>Adam K. Bult, Esq.<br>Anthony J. Diraimondo, Esq.<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>Facsimile: (702) 382-8135<br>Email: Klenhard@Bhfs.Com<br>Email: Abult@Bhfs.Com<br>Email: Adiraimondo@Bhfs.Com<br><br>Attorneys For Defendant *Ndex West, LLC* |

**DATED** 1-25-2011

_____
An employee of Fidelity National Law Group

////
////
////
////
////
////
////
////
////
////
////
////

**Fidelity National**
**Law Group**
3980 H. Hughes Pkwy, #230
Las Vegas, Nevada 89169
(702) 667-3000