UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| JACQUIE CHANDLER,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK F.S.B.; INDYMAC BANK F.S.B.; STEWART TITLE GUARANTY CO.; NDEX WEST L.L.C; LSI TITLE AGENCY; TICOR TITLE OF NEVADA; STANLEY SILVA,<br><br>Defendants. | Case No.: 3:10-CV-00769-LRH-RAM<br><br>**ORDER EXPUNGING LIS PENDENS** |

Defendant ONEWEST BANK, FSB ("OneWest") filed a Motion to Dismiss on January 18, 2011 [Docket 19] and Motion to Expunge Lis Pendens on February 7, 2011 [Docket 35]. On May 11, 2011, this Court entered an Order granting OneWest's Motion to Dismiss, and denying OneWest's Motion to Expunge [Docket 56]. OneWest filed a Motion to Reconsider on May 24, 2011 [Docket 57]. On August 16, 2011, this Court entered its Order granting the Motion to Reconsider and directed OneWest to submit a written Order Expunging the Lis Pendens based on the Court's finding that Plaintiff Jacquie Chandler has "no basis to maintain a lis pendens in light of the sole remaining cause of action" pending against Defendant NDEX West L.L.C. [Docket 69].

Based on the foregoing, it is hereby ordered that Defendant OneWest's Motion to Expunge Lis Pendens is GRANTED. The Lis Pendens recorded against 1047 War Bonnet Way, Incline Village, Nevada 89451 (APN: 130-083-10) on November 17, 2010 as Instrument No. 3943944 is hereby EXPUNGED; and a copy of this Order may be recorded in the above-referenced chain of title with the County Recorder in the County in which said property is located.

DATED:  this 25th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE