UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| JACQUIE CHANDLER,  Plaintiff,  v.  INDYMAC BANK, F.S.B.; et al.,  Defendants. | 3:10-cv-0769-LRH-RAM  <u>ORDER</u> |

Before the court are plaintiff Jacquie Chandler's ("Chandler") motion to substitute counsel (Doc. #108[1]) and motion to stay (Doc. #110).

**I.  Motion to Substitute Counsel**

In her motion to substitute counsel, Chandler seeks to represent herself in pro per and allow her current counsel Robert R. Hager and Treva J. Hearne to withdraw from this action. Good cause and appropriate substitution of counsel appearing, the court shall grant Chandler's motion.

**II.  Motion to Stay**

In her motion to stay, Chandler seeks to stay an order from the Nevada Justice Court, entered in a separately initiated state court action. *See* Doc. #110. The court has reviewed the motion to stay and finds that it is without merit. The Justice Court order was entered in a separate

---

[1] Refers to the court's docket number.

state court action over which this court has no jurisdiction and which has no relation to the issues raised by Chandler in this federal action. Accordingly, the court shall deny the motion to stay.

IT IS THEREFORE ORDERED that plaintiff's motion to substitute counsel (Doc. #108) is GRANTED. Robert R. Hager and Treva J. Hearne shall be removed as counsel of record for plaintiff Jacquie Chandler.

IT IS FURTHER ORDERED that plaintiff's motion to stay (Doc. #110) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2